**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-1851

TIMOTHY E. TWEED,

        Plaintiff - Appellant,

     v.

MATTHEW G. WHITAKER, Acting Attorney General, Department of Justice,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:17-cv-01417-LMB-JFA)

Submitted:  December 18, 2018               Decided:  December 20, 2018

Before AGEE, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy Everette Tweed, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Everette Tweed appeals the district court's order dismissing this action raising claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2017), the Religious Freedom Restoration Act, 42 U.S.C. § 2000bb to 2000bb-4 (2012), and state law. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tweed v. Whitaker*, No. 1:17-cv-01417-LMB-JFA (E.D. Va. July 18, 2018). We deny the motions for sanctions and for judicial notice and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*